### Will T., alias Willie, MILLER v. STATE.

### 4 Div. 680.

Supreme Court of Alabama.

Nov. 16, 1933.

---

PER CURIAM.

Abated by death of appellant.